# EXHIBIT G

Your Honor,

Thank you for allowing me the opportunity to write to you.

I want to begin by acknowledging the victims. My actions caused harm to real people, individuals who did not choose to be affected by what I did, yet were forced to carry the consequences of my decisions. I am deeply sorry for the pain, fear, and violation that my behavior contributed to. I understand that behind every file and every image is a child whose dignity was violated and whose life was impacted. I take full responsibility for the role I played in that harm.

I know that no apology can undo the trauma these victims have endured. I cannot take back the fear, the loss of safety, or the sense of being exploited. I cannot erase the harm my actions contributed to or the lasting effects they may have on the victims. What I can do, and what I must do, is accept full accountability for my actions and dedicate my life to ensuring I never again contribute to the suffering of another child or person.

As a law enforcement officer, I was entrusted with protecting others, especially the vulnerable. Instead, I violated that trust. I failed the victims, my community, my fellow officers, and the very principles I swore to uphold. I knew better, yet I failed to live with the integrity and judgment that my position demanded. The badge represented the public's trust, and my actions fell far short of that responsibility. That failure is mine alone, and I deeply regret betraying the trust that was placed in me.

Your Honor, I also recognize that my actions harmed people beyond the direct victims. My wife and my children have suffered deeply because of what I did. They have lived with fear, instability, judgment, and emotional pain that they did not deserve. They have endured consequences that were created entirely by my choices, and I alone am responsible for bringing that hardship into their lives.

As a husband and father, I failed the people who depended on me most. I know rebuilding that trust will take years, and I understand that words alone cannot accomplish it. I am committed to spending the rest of my life demonstrating genuine change through consistent accountability, honesty, humility, and my daily actions.

Over the past 15 months, I have remained engaged in weekly therapy, actively participated in Sex Addicts Anonymous, worked closely with my sponsor, and strengthened my relationship with God through prayer, Scripture, and fellowship. These efforts do not erase what I did or lessen my responsibility. They are part of my commitment to confront the

thinking and behaviors that led me here, to understand the harm I caused, and to ensure I never again contribute to the exploitation or suffering of another person.

Every day I am reminded that the victims did not choose what happened to them. They did not choose to be exploited or harmed, yet they continue to live with the effects of crimes like mine. That reality stays with me every day. It is a responsibility I will carry for the rest of my life, and it strengthens my commitment to continue changing, living with integrity, and accepting full accountability for my actions.

Your Honor, I am not asking to avoid accountability. I understand that consequences are necessary, appropriate, and justified. I respectfully ask the Court to consider the work I have already begun and my commitment to continue that work for the rest of my life., I will continue pursuing recovery, accepting responsibility, and striving each day to live a life defined by honesty, humility, respect for others, and service.

Thank you for your time, Your Honor, and for considering my statement.

Otilio Green, III